UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                          Chapter 7

JAMES ALAN ROTHERS,                             BKY No. 15-43828

              Debtor

## ORDER APPROVING SETTLEMENT

This case is before the court on the trustee's Notice of Settlement (Doc #46) for an order approving a settlement with Heather Rose Rothers regarding an avoidance action on the transfer/gift of a 2011 Chevy Camero.  No objection having been filed, and based upon the Notice of Settlement or Compromise and the file,

IT IS ORDERED: The settlement described in the Notice of Settlement (Doc #46), dated January 25, 2017 is approved.

Dated:  *February 24, 2017*

*/e/ Michael E. Ridgway*

Michael E. Ridgway
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/24/2017*
Lori Vosejpka, Clerk, by MJS