UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                              Chapter 7

JAMES ALAN ROTHERS,                                 BKY No. 15-43828 (MER)
                    Debtor.
_____

## NOTICE OF SETTLEMENT

To:     The United States Trustee, all creditors and other parties in interest.

On **April 24, 2017**, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

This case was filed on November 3, 2015, and J. Richard Stermer is the bankruptcy trustee appointed in this case. The Trustee brought a motion against Stephanie Voxland to compel compliance with Subpoenas and for sanctions.

Stephanie Voxland and the Trustee have reached an agreement to settle the issues brought forth in the motion against Voxland wherein Voxland will pay the Trustee $1,500.00 for the work required in pursuing that matter, and will allow an amended Complaint against ReMar and Stephanie Voxland. Voxland's attorney, Steven Kerbaugh will accept service of the Amended Complaint on behalf of ReMar, as their counsel, without any admission by Voxland.
The Trustee, in consideration of the above, will dismiss the Motion to Compel Compliance by Stephanie Voxland and for Sanctions. Based upon the uncertainties, and costs involved, the Trustee believes that this settlement is in the best interests of the bankruptcy estate.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
| --- | --- | --- |
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 300 So. 4th St. | 300 So. 4th St. | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated: March 29, 2017.                    /e/ *J. Richard Stermer*
                                          J. Richard Stermer, Trustee
                                          102 Parkway Drive, P. O. Box 514
                                          Montevideo, MN 56265
                                          Telephone: (320) 269-6491

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: JAMES ALAN ROTHERS | CASE NO: 15-43828 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 3/30/2017, I did cause a copy of the following documents, described below,

Notice of Settlement - Voxland,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/30/2017

/s/ J. RICHARD STERMER
J. RICHARD STERMER  216811
STERMER & SELLNER CHTD.
102 PARKWAY DRIVE PO BOX 514
MONTEVIDEO, MN  56265
320 269 6491
jackie.eggers@stermerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: JAMES ALAN ROTHERS

CASE NO: 15-43828

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 3/30/2017, a copy of the following documents, described below,

Notice of Settlement - Voxland,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/30/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
STERMER & SELLNER CHTD.
J. RICHARD STERMER
102 PARKWAY DRIVE PO BOX 514
MONTEVIDEO, MN 56265

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
 08644
 CASE 15-43828
 DISTRICT OF MINNESOTA
 MINNEAPOLIS
 WED MAR 29 16-47-56 CDT 2017

2  ABC BIN COMPANY LLC
 CO T CHRIS STEWART
 14985 60TH STREET NORTH
 STILLWATER MN 55082-6696

3  ANDERSON LARSON SAUNDERS  KLAASSEN PLLP
 331 SW THIRD STREET
 WILLMAR MN 56201-4403

4  FORD MOTOR CREDIT COMPANY LLC
 CO STEWART ZLIMEN  JUNGERS LTD
 2277 HIGHWAY 36 WEST STE 100
 ROSEVILLE MN 55113-3896

5  HILLER AUCTION SERVICE INC
 10785 261ST AVENUE
 ZIMMERMAN MN 55398-9752

6  RSR INC
 PO BOX 166
 BLOMKEST MN 56216-0166

*EXCLUDE*

7  ~~MINNEAPOLIS~~
 ~~301 US COURTHOUSE~~
 ~~300 SOUTH FOURTH STREET~~
 ~~MINNEAPOLIS MN 55415-1320~~

8  ABC BIN CO LLC
 CO STERMER  SELLNER CHTD
 PO BOX 514
 MONTEVIDEO MN 56265-0514

9  ABC BIN COMPANY LLC
 1600 7TH ST SW
 WILLMAR MN 56201-4070

10  CAPITAL ONE
 ATTN BANKRUPTCY
 PO BOX 30285
 SALT LAKE CITY UT 84130-0285

11  CHASE CARD SERVICES
 ATTN BANKRUPTCY
 PO BOX 15298
 WILMINGTON DE 19850-5298

12  FORD MOTOR CREDIT COMPANY
 P O BOX 62180
 COLORADO SPRINGS CO 80962-2180

13  KARA ROTHERS
 CO ANN M GUSTAFSON
 328 SW 5TH ST
 WILLMAR MN 56201-3200

14  NATIONWIDE INSURANCE CO ASO MID IOWA COOPERA
 LAW OFFICE OF SETTANO  HILL
 3600 AMERICAN BLVD WEST
 SUITE 340
 BLOOMINGTON MN 55431-4437

15  NAVY FCU
 ATTENTION BANKRUPTCY
 PO BOX 3000
 MERRIFIELD VA 22119-3000

16  RSR INC
 GISLASON  HUNTER LLP
 PO BOX 458
 NEW ULM MN 56073-0458

17  SYNCHRONY BANK
 CO RECOVERY MANAGEMENT SYSTEMS CORP
 25 SE 2ND AVENUE SUITE 1120
 MIAMI FL 33131-1605

*EXCLUDE*

18  ~~US TRUSTEE~~
 ~~1015 US COURTHOUSE~~
 ~~300 S 4TH ST~~
 ~~MINNEAPOLIS MN 55415-3070~~

19  WEST CENTRAL CRANE INC
 1400 PACIFIC AVE
 KERKHOVEN MN 56252

*EXCLUDE*

20  ~~J RICHARD STERMER~~
 ~~STERMER  SELLNER CHTD~~
 ~~102 PARKWAY DRIVE~~
 ~~PO BOX 514~~
 ~~MONTEVIDEO MN 56265-0514~~

*DEBTOR*

21  JAMES ALAN ROTHERS
 1309 ATLANTIC AVE
 KERKHOVEN MN 56252-9301

*EXCLUDE*

22  ~~SAM V CALVERT~~
 ~~1011 2ND STREET N~~
 ~~STE 107~~
 ~~ST CLOUD MN 56303-3237~~

23  SAM CALVERT
 SAM V CALVERT PA
 1011 2ND ST N STE 107
 ST CLOUD MN 56303-3237