**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

James Alan Rothers

Debtor(s)

Case No: 15–43828 – MER

Chapter 7 Case

# NOTICE TO CREDITORS: DISCHARGE REVOKED

TO: All creditors and other parties in interest:

The discharge of the above–named debtor(s) entered on 2/23/2016 has been revoked by order or judgment entered and filed on 6/6/2017 .

Dated: 6/6/17

<u>Lori Vosejpka</u>
Clerk, United States Bankruptcy Court

By: shelia
Deputy Clerk

**mnbntrev** 03/03/2005 – kb